## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KAMBIZ TAYEBI,
    Plaintiff,

v.

ANTONY BLINKEN, *et al.*,
    Defendants.

Civil Action No. 23-0951 (CKK)

## ORDER
(August 28, 2023)

In light of the Plaintiff's [32] Notice of Voluntary Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is, this 28th day of August, 2023, hereby

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge